TACOMA RY. & POWER CO. v. PACIFIC TRACTION CO. et al. (Circuit Court of Appeals, Ninth Circuit. April 6, 1908.) No. 1,547. Appeal from the Circuit Court of the United States for the Western District of Washington. B. S. Grosscup, A. G. Avery, and Charles O. Bates, for appellant.

PER CURIAM. Appeal dismissed, pursuant to terms of stipulation filed March 9, 1908. See 155 Fed. 259.